THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTINA CROWELL and
MICHAEL CROWELL,

   Plaintiffs,

v.

GOVERNMENT EMPLOYEES
INSURANCE COMPANY d/b/a GEICO,

   Defendant.

3:21-CV-1541
(JUDGE MARIANI)

FILED
SCRANTON
FEB 2 2 2022
Per_____
DEPUTY CLERK

## ORDER

AND NOW, THIS 22ND DAY OF FEBRUARY, 2022, upon consideration of Plaintiffs' Notice to Dismiss (Doc. 11) filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), **IT IS HEREBY ORDERED THAT** this case is **DISMISSED WITH PREJUDICE**. The Clerk of Court is directed to **CLOSE** the case.

Robert D. Mariani
United States District Judge